**Baruchyah Bedeyah HAWKINS, a/k/a Daughton W. Lacey, Jr., Petitioner–Appellant,**

v.

**Harold CLARKE, Director, V.D.O.C., Respondent–Appellee.**

**No. 15–7568.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2016.

Decided: April 13, 2016.

Baruchyah Bedeyah Hawkins, Appellant Pro Se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Baruchyah Bedeyah Hawkins seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2012) petition. His notice of appeal and

objections to the district court's dismissal were received in the district court shortly after expiration of the appeal period. Because Hawkins is incarcerated, the notice of appeal and objections are considered filed as of the date they were properly delivered to prison officials for mailing to the court. *See* Fed. R.App. P. 4(c)(1); *Houston v. Lack,* 487 U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The record does not conclusively reveal when Hawkins delivered the notice of appeal or the objections to prison officials for mailing.

Accordingly, we remand the case for the limited purpose of allowing the district court to determine when the notice of appeal and the objections were filed, and to take further action as necessary regarding the objections should the district court find they were handed to prison officials for mailing within 28 days of the dismissal order, *see* Fed.R.Civ.P. 59(e). The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*